LOUISE BOZZI v. JOHN K. KING.

March 2, 1976. Petition for certification denied.

JAMES L. PLOSIA v.
NEW JERSEY SPORTS & EXPOSITION AUTHORITY.

March 2, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. HATTIE MAE BROWN.

March 2, 1976. Cross-petition for certification denied.

STATE OF NEW JERSEY v. RONNIE WILLIAMS.

March 2, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. SYLVESTER MOSLEY.

March 2, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. LUTHER HELTON.

March 2, 1976. Petition for certification granted.